### 14142. SELLERS *v.* THE STATE.

The evidence authorized the verdict of manslaughter.
DECIDED MARCH 6, 1923.

Conviction of manslaughter; from Fulton superior court — Judge Humphries. November 4, 1922.

*Spence & Spence, F. E. Radensleben,* for plaintiff in error.
*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

LUKE, J. The indictment in this case charged the defendant with the offense of murder. The jury convicted him of voluntary manslaughter. The evidence amply authorized the defendant's conviction, which has the approval of the trial judge. The sole assignment of error is upon the ground that the evidence does not

authorize the verdict.   It was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*